IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VASHON TYRONE JACKSON,

    Petitioner,                      No. 2:12-cv-1846 DAD P

    vs.

PAM AHLIN, Executive Director,

    Respondent.                ORDER

_____/

        Petitioner, a civil detainee at Coalinga State Hospital being held under California's "Sexually Violent Predators Act," has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has not filed a request to proceed in forma pauperis or paid the filing fee.

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. See Russ v. Ahlin, No. 1:09-CV-01904 DLB HC, 2011 WL 4048776 at *4 (E.D. Cal. Sept. 9, 2011) ("Petitioner is currently confined in the Coalinga State Hospital located in Fresno County, California, which is within the [Fresno Division of the] Eastern District of California and thus venue is proper in the Eastern District.").

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and
4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: July 17, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jack1846.109